Form 170 – ntchrgdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−11489−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Salvatore A. Ucelli
 1D Blue Jay St
 Manchester, NJ 08759−5320

Social Security No.:
 xxx−xx−2345

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON DISMISSAL OF CASE**

Notice is hereby given that:

☐   A Motion to Dismiss has been filed by .

☑   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☑   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐   The corporate debtor is self−represented.

   ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Michael B. Kaplan on,

Date: 2/15/17
Time: 02:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: January 26, 2017
JAN: wir

                    Jeanne Naughton
                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 17-11489-MBK
Salvatore A. Ucelli                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Jan 26, 2017
                              Form ID: 170             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
db              Salvatore A. Ucelli,    1D Blue Jay St,    Manchester, NJ   08759-5320
516610446       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank USA N,    15000 Capital One Dr,
                  Richmond, VA   23238-1119)
516610445       Capital One,    PO Box 30285,    Salt Lake City, UT   84130-0285
516610448       Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
516610449       Chase Card,    Attn: Correspondence,    PO Box 15298,    Wilmington, DE  19850-5298
516610450       Citi,    PO Box 6241,    Sioux Falls, SD   57117-6241
516610451       Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
                  Saint Louis, MO   63179-0040
516610454       Kay Foundation,    c/o Howard File, Esq.,    260 Christopher Ln,    Staten Island, NY  10314-1607
516610455       Wakefield & Associates,    612 Gay St,    Knoxville, TN   37902-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2017 19:46:35      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2017 19:46:34      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516610447       E-mail/Text: bankruptcy@cavps.com Jan 26 2017 19:46:52      Cavalry Portfolio Serv,
                  PO Box 27288,    Tempe, AZ   85285-7288
516610453       E-mail/Text: creditonebknotifications@resurgent.com Jan 26 2017 19:46:06      Credit One Bank NA,
                  PO Box 98872,    Las Vegas, NV   89193-8872
516610452       E-mail/Text: creditonebknotifications@resurgent.com Jan 26 2017 19:46:06      Credit One Bank NA,
                  PO Box 98873,    Las Vegas, NV   89193-8873
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
              Daniel E. Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
              Kevin B. Zazzera    on behalf of Debtor Salvatore A. Ucelli kzazz007@yahoo.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3